# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Mina Nahvi

              Plaintiff,

v.

Joseph B. Edlow

              Defendant.

Case No.: 1:26−cv−04789
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: In person hearing held on 6/4/2026. For the reasons stated on the record, the Court denies Plaintiff's motion for preliminary injunction [6] without prejudice to renewal if Plaintiff can assert a proper basis for venue in this District. By 6/8/2026, Plaintiff is given leave to file an amended complaint that cures the venue−related deficiency identified by the Court, a notice of voluntary dismissal, or a motion to transfer in the interest of justice pursuant to 28 USC 1406(a). Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.